MING LI, ETAL

                                                Plaintiff(s)

- against -

LONG SHENG RESTAURANT, INC., ETAL

                                                Defendant(s)

Index # 2722/10 (MATSUMOTO)

Purchased June 15, 2010

**AFFIDAVIT OF SERVICE**

STATE OF NEW YORK: COUNTY OF NEW YORK ss:

ETON LACON BEING DULY SWORN DEPOSES AND SAYS DEPONENT IS NOT A PARTY TO THIS ACTION, OVER THE AGE OF EIGHTEEN YEARS AND RESIDES IN THE STATE OF NEW YORK.

That on July 1, 2010 at 02:40 PM at

135-19 40TH ROAD
FLUSHING, NY 11354

deponent served the within SUMMONS AND COMPLAINT on LONG SHENG RESTAURANT, INC. therein named,

**CORPORATION** a DOMESTIC corporation by delivering thereat a true copy of each to WEN CHEN personally, deponent knew said corporation so served to be the corporation described in said SUMMONS AND COMPLAINT as said Defendant and knew said individual to be the GENERAL AGENT thereof.

Deponent further states that he describes the person actually served as follows:

| Sex | Skin Color | Hair Color | Age (Approx.) | Height (Approx.) | Weight (Approx) |
|---|---|---|---|---|---|
| MALE | YELLOW | BLACK | 35 | 5'6 | 153 |

That at the time of such service deponent knew the person so served as aforesaid to be the same person mentioned and described as the Defendant in this action.

Sworn to me on: July 2, 2010

JOEL GRABER
Notary Public, State of New York
No. 02GR4699723
Qualified in New York County
Expires February 10, 2014

JOSEPH KNIGHT
Notary Public, State of New York
No. 01KN6178241
Qualified In New York County
Expires November 26, 2011

JONATHAN GRABER
Notary Public, State of New York
No. 01GR6156780
Qualified in New York County
Expires December 4, 2010

**ETON LACON**
License #: 1336579
Invoice #: 511124

UNITED PROCESS SERVICE, INC., 3RD FLOOR, 315 BROADWAY, NEW YORK, NY 10007 - (212) 619-0728