UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

---

MING LI and
YU GUANG ZHANG,
on behalf of themselves and
others similarly situated,

       Plaintiff,

v.

LONG SHENG RESTAURANT, INC. and
SHI JIN CHEN,

       Defendants.

---

Case No.: 10-CV-2722

NOTICE OF DISMISSAL
PURSUANT TO FRCP 41(a)(1)(A)(i)

    **PLEASE TAKE NOTICE** that the claims of plaintiffs, MING LI and YU GUANG ZHANG, including all claims brought under the Fair Labor Standards Act, are hereby dismissed with prejudice in their entirety as against the defendants, LONG SHENG RESTAURANT, INC. and SHI JIN CHEN, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), without costs or attorneys' fees to any party.

By: _____
C.K. Lee (CK 4086)
Kraselnik & Lee, PLLC
30 East 39th Street, Second Floor
New York, NY 10016
*Attorneys for Plaintiff*
212-465-1188

Dated:

SO ORDERED:

_____
United States District Judge

1